**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ruben GALVAN–PELAYO,**
**Defendant–Appellant.**

**No. 04–16558**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 9, 2005.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Michael Donaldson, Orlando, FL, for Defendant–Appellant.

Before EDMONDSON, Chief Judge, TJOFLAT and ANDERSON, Circuit Judges.

PER CURIAM:

Michael O. Donaldson, appointed counsel for Ruben Galvan–Pelayo in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Galvan–Pelayo's conviction and sentence are **AFFIRMED**.